**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Etta Scott, *on behalf of herself and all others similarly situated*, | : <br> : <br> : Civil Action No.: 1:12-cv-09289 <br> : |
| Plaintiff, | : |
| v. | : |
| Westlake Services, LLC d/b/a Westlake Financial Services, | : <br> : <br> : |
| Defendant. | : |

**PLAINTIFF'S MOTION FOR FINAL JUDGMENT**

Plaintiff Etta Scott, by her counsel, respectfully moves this Court to enter final judgment in her favor in the amount of $67,500, plus taxable costs of $350, pursuant to the Federal Rules of Civil Procedure, the Memorandum Opinion and Order, dated and filed June 6, 2013 (Doc. No. 28), and the Amended Judgment, dated and filed July 24, 2013 (Doc. No. 35). In support, Plaintiff submits the accompanying memorandum and the Declaration of Sergei Lemberg, Esq.

WHEREFORE, Plaintiff Etta Scott respectfully requests that the Court enter final judgment in her favor in the amount of $67,500, plus taxable costs of $350.

Dated: September 24, 2013

                                        Respectfully submitted,

                              By:  */s/ Sergei Lemberg*
                                    Sergei Lemberg, Esq.
                                    LEMBERG & ASSOCIATES L.L.C.
                                    1100 Summer Street, 3rd Floor
                                    Stamford, Connecticut 06905
                                    Telephone: (203) 653-2250
                                    Facsimile: (203) 653-3424
                                    Email: slemberg@lemberglaw.com
                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this, the 24th day of September, 2013, the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of such filing to the following:

David Luther Hartsell
Susan E. Groh
Brian Patrick O'Meara
McGuireWoods LLP
77 West Wacker Drive
Suite 4400
Chicago, IL 60601-7567

                                        /s/ Sergei Lemberg
                                        Sergei Lemberg, Esq.