UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Etta Scott, *on behalf of herself and all others similarly situated*,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>Westlake Services, LLC d/b/a Westlake Financial Services,<br><br>　　　　　　　　Defendant. | Civil Action No.: 1:12-cv-09289 |

## **PLAINTIFF'S MOTION FOR FINAL JUDGMENT**

Plaintiff Etta Scott, by her counsel, respectfully moves this Court to enter final judgment in her favor in the amount of $67,500, plus taxable costs of $350, pursuant to the Federal Rules of Civil Procedure, the Memorandum Opinion and Order, dated and filed June 6, 2013 (Doc. No. 28), and the Amended Judgment, dated and filed July 24, 2013 (Doc. No. 35). In support, Plaintiff submits the accompanying memorandum and the Declaration of Sergei Lemberg, Esq.

WHEREFORE, Plaintiff Etta Scott respectfully requests that the Court enter final judgment in her favor in the amount of $67,500, plus taxable costs of $350.

Dated: September 24, 2013

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By:　*/s/ Sergei Lemberg*
　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq.
　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES L.L.C.
　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　Stamford, Connecticut 06905
　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　Facsimile: (203) 653-3424
　　　　　　　　　　　　　　　　　　Email: slemberg@lemberglaw.com
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

  I hereby certify that on this, the 24th day of September, 2013, the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of such filing to the following:

  David Luther Hartsell
  Susan E. Groh
  Brian Patrick O'Meara
  McGuireWoods LLP
  77 West Wacker Drive
  Suite 4400
  Chicago, IL 60601-7567

              */s/ Sergei Lemberg*
              Sergei Lemberg, Esq.