UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ETTA SCOTT, *on behalf of herself and all others similarly situated*, ) ) ) | |
| Plaintiff, ) ) | Civil Action No.: 1:12-cv-09289 |
| v. ) ) | Judge Ruben Castillo |
| WESTLAKE SERVICES, LLC d/b/a Westlake Financial Services, ) ) ) | |
| Defendant. ) ) | |

**RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COME Plaintiff ETTA SCOTT and Defendant WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES, by and through their respective counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate and agree that this matter shall be dismissed with prejudice, each party to bear its own costs.

Dated: June 13, 2014

| | |
|---|---|
| ETTA SCOTT | WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES |
| By: /s/ Sergei Lemberg | By: /s/ David L. Hartsell |
| Sergei Lemberg<br>Lemberg Law, L.L.C.<br>1100 Summer St., 3rd Fl.<br>Stamford, CT 06905<br>T: (203) 653-2250<br>slemberg@lemberglaw.com | David L. Hartsell<br>McGuireWoods LLP<br>77 W. Wacker Dr., Ste. 4100<br>Chicago, IL 60601<br>(312) 849-8100<br>dhartsell@mcguirewoods.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June 2014, a copy of the Parties **RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**, is being served by the Court's electronic filing system, Case Management/ Electronic Case Files (CM/ECF), upon the counsel of record listed below:

>Sergei Lemberg, Esq.
>Lemberg & Associates, L.L.C.
>1100 Summer Street, 3rd Fl.
>Stamford, CT  06905
>slemberg@lemberglaw.com

/s/ David L. Hartsell

57824687_1